UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BOYLAN,

        Plaintiff,

-against-

SOGOU INC.,

        Defendant.

**ORDER**

21 Civ. 2041 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The hearing in this matter currently scheduled for May 7, 2021 at 10:15 a.m. will now take place at **10:30 a.m.** by telephone.

Dated: New York, New York
       May 5, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge