UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BOYLAN,

            Plaintiff,

    -against-

SOGOU INC.,

            Defendant.

**ORDER**

21 Civ. 2041 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    As discussed at the hearing on Friday, any supplemental briefing by the parties is due on **Monday, May 10, 2021 at 5:00 p.m**.

Dated: New York, New York
       May 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge