UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BOYLAN,

                Plaintiff,

    - against -

SOGOU INC.,

                Defendant.

**ORDER**

21 Civ. 2041 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      A conference will take place on **Tuesday, September 24, 2024, at 2:00 p.m. i**n Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       September 17, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge