UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BOYLAN,

                Plaintiff,

      - against -

SOGOU INC.,

                Defendant.

**ORDER**

21 Civ. 2041 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated at today's conference, Defendant Sogou Inc.'s motion to dismiss (Dkt. No. 48) is granted pursuant to (1) Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction; and (2) Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

      The Clerk of Court is directed to terminate the motion (Dkt. No. 48), and to close this case.

Dated: New York, New York
       September 24, 2024

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge