**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PATRICK BOYLAN,

                Plaintiff,

-against-                                  21 **CIVIL** 2041 (PGG)

**JUDGMENT**

SOGOU, INC.,

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2024, Defendant Sogou Inc.'s motion to dismiss (Dkt. No. 48) is granted pursuant to (1) Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction; and (2) Fed. R. Civ. P. 12(b)(6) for failure to state a claim; accordingly, the case is closed.

**Dated:** New York, New York

        September 24, 2024

                                                          **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                                  **BY:**    *K. Mango*

                                                          **Deputy Clerk**